## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

<div style="border:1px solid">

## NOT DESIGNATED FOR PUBLICATION

</div>

**REHEARING ACTION: November 12, 2009**

**Docket Number: 09   01278-CW**

**RACHELLE STARRETT PREUETT**
**VERSUS**
**IRA ANDERSON PREUETT**

**Writ Application from Grant Parish Case No. 16679**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hon. F. Rae Donaldson Swent** has this day been

    **DENIED.**
    Pickett, J., would grant rehearing.

cc: James Ogden Middleton  II, Counsel for  the Respondent
    Thomas D. Davenport, Jr., Counsel for the Applicant
    Hon. F. Rae Donaldson Swent, Judge